Eugene Perry 20124056
C.4
Rappahannock Regional Jail
PO Box 3300
Stafford VA 22555-3300

RAPPHANNOCK REGIONAL JAIL HAS
NEITHER CENSORED NOR INSPECTED
THIS ITEM AND DOES NOT ASSUME
RESPONSIBILTY FOR ITS CONTENTS.

United States District Court
Eastern District of Virginia
701 East Broad Street
Suite 3000
Richmond Virginia 23219-3528

Eugene Perry
C-4
Rappahannock Regional Jail
Po Box 3300
Stafford VA 22555-3300

RAPPAHANNOCK RPDC 230
NEITHER CENSORED NOR INSPECTED
THIS ITEM AND DOES NOT ASSUME
RESPONSIBILTY FOR ITS CONTENTS.

RICHMOND VA
12 MAR 2025 PM 3 L

U.S. MARSHALS INSPECTED

United States District Court
Eastern District of Virginia
701 East Broad Street
Suite 3000
Richmond Virginia 23219-3528

23219-352899